UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    v.                    Case No. 6:06-cr-22-Orl-22DAB
                                  (Forfeiture)

**JASON E. MADOW**

**RECORD OWNER: JASON MADOW, a single man**

### GOVERNMENT'S NOTICE OF LIS PENDENS

TO JASON MADOW, AND ALL OTHERS WHOM IT MAY CONCERN:

PURSUANT TO FLORIDA STATUTES ANNOTATED §48.23 (West 1993) and 28 U.S.C. § 1964, notice is hereby given that the above-referenced action has been commenced and is now pending in the United States District Court for the Middle District of Florida, Orlando Division.

THE ABOVE-STYLED CRIMINAL ACTION was initiated by an information filed in Orlando, Florida.  Pursuant to the charges in said indictment, the United States has a basis for forfeiture of the following real property pursuant to Title 18 of the United States Code:

      Address:    3407 S. Ocean Blvd., Ph-B, Highland Beach, FL

      Legal:      Condominium Unit PHB in the Clarendon, according to the declaration of condominium thereof, recorded in Official Records Book 3677, Page 1063, of the Public Records of Palm Beach County, Florida, together with an undivided interest or share in the common elements appurtenant thereto.

      Parcel ID:   24-43-46-33-22-000-0112

RECORD OWNER of the above-described real property is Jason Madow virtue of that certain WARRANTY DEED, recorded in the public records of Palm Beach County, Florida, on December 9, 2003, Official Records Book 16292 at Page 0551.

TITLE 21, UNITED STATES CODE, SECTION 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

TAKE FURTHER NOTICE that as of the date of the illegal acts giving rise to forfeiture, an ownership interest was created in the United States and that state, county, or local governments from said date have no taxing authority or power over the United States' interest in the property.

FOR FURTHER INFORMATION concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando, Division, 300 Federal Building, 80 North Hughey Avenue, Orlando, Florida 32801.

    Respectfully submitted,

    PAUL I. PEREZ
    United States Attorney

By:    s/Daniel W. Eckhart
    Daniel W. Eckhart
    Assistant United States Attorney
    Florida Bar No. 0488674
    501 West Church Street, Suite 300
    Orlando, Florida 32805
    Telephone No. (407)648-7500
    Facsimile No.  (407)648-7643
    E-Mail:    Dan.Eckhart@usdoj.gov