UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                    Case No. 6:06-cr-22-Orl-22DAB
                                   (Forfeiture)

JASON E. MADOW

RECORD OWNER: JASON MADOW, a single man

## RELEASE OF LIS PENDENS

The United States of America, and hereby gives notice that certain lis pendens filed on February 9, 2006, giving notice of the pendency of a criminal forfeiture action against the real property more particularly described as:

    Address:    3407 S. Ocean Blvd., Ph-B, Highland Beach, FL

    Legal:    Condominium Unit PHB in the Clarendon, according to the declaration of condominium thereof, recorded in Official Records Book 3677, Page 1063, of the Public Records of Palm Beach County, Florida, together with an undivided interest or share in the common elements appurtenant thereto.

    Parcel ID:    24-43-46-33-22-000-0112

is hereby released and discharged.

                        Respectfully submitted,

                        PAUL I. PEREZ
                        United States Attorney

        By    s/Daniel W. Eckhart
                  Daniel W. Eckhart
                  Assistant United States Attorney
                  Florida Bar No. 0488674
                  501 West Church Street, Suite 300
                  Orlando, Florida 32805
                  Telephone:   (407) 648-7500
                  Facsimile:   (407) 648-7643