IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
                    FILED
              U.S. COURT OF APPEALS
                ELEVENTH CIRCUIT

                  JAN 0 4 2007

                 THOMAS K. KAHN
                     CLERK
```

No. 06-13087-BB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:06 CR 22

JASON E. MADOW,

Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: MARCUS, WILSON and PRYOR, Circuit Judges

BY THE COURT:

Appellee's motion to dismiss this appeal due to a valid appeal waiver contained in Appellant's plea agreement is GRANTED.

A True Copy - Attested.
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

FILED

2007 JAN -8

For rules and forms visit
www.ca11.uscourts.gov

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

January 04, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
80 N HUGHEY AVE STE 300
ORLANDO  FL  32801-2225

**Appeal Number: 06-13087-BB**
Case Style: USA v. Jason E. Madow
District Court Number:  06-00022 CR-ORL-22-DAB

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jan Sewell (404) 335-6171

Encl.

DIS-4  (3-2005)