# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:06-cr-22-Orl-22LRH

**JASON E. MADOW**

## ORDER

This cause comes before the Court on Defendant Jason E. Madow's Motion for Hearing and to Transfer to the Northern District of Georgia (Doc. 100). Defendant pleaded guilty pursuant to a plea agreement to one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371. (Docs. 12, 26). He was sentenced on May 19, 2006 to a term of 41 months' imprisonment and 3 years of supervised release, and was ordered to pay restitution in the amount of $34,744,511.00. (Doc. 42). Judgment was entered accordingly that same day. (Doc. 47). With respect to restitution, the Judgment provides that upon release from custody, the Defendant will make payments of $100.00 per month "until such time as the Court is notified by [the defendant], the victim, or the government that there has been a material change in [the Defendant's] ability to pay." (*Id*. at 5).

On November 10, 2020, the United States filed a Wage Garnishment Application, in which the United States represents that the Defendant, who is no longer in custody, now earns approximately $4,375.00 per month, which the United States contends represents a material change in the Defendant's ability to pay. (Doc. 96). The United States therefore requests a wage garnishment be issued to the Defendant's employer. (*Id.*). Defendant has repeatedly attacked the restitution portion of his Judgment on several occasions, without success. (*See* Docs. 67-69, 75, 82, 85-86, 88, 89, 94).

On November 13, 2020, Magistrate Judge Hoffman entered an Order requiring the United States to file a response by December 1, 2020 to the portion of the Defendant's Motion (Doc. 98) seeking to quash a writ of garnishment related to restitution, and to preclude all future subpoenas without prior court approval. (Doc. 99).

Based on the foregoing, it is ordered as follows:

1. The United States shall file a response on or before **December 1, 2020** to Defendant's Motion for Hearing and to Transfer to the Northern District of Georgia (Doc. 100). The response may be combined with the response to Doc. 98.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2020.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services