# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                       **CASE NO: 6:06-cr-22-Orl-22LRH**

**JASON E. MADOW**

## ORDER OF REFERENCE

This cause comes before the Court on review of the file. The Claim for Exemption and Request for Hearing or Transfer (Doc. No. 100) filed November 16, 2020 in this case is hereby referred to the Magistrate Judge for consideration with the Motion for Writ of Garnishment (Doc. 96) and Motion to Quash or Stay Writ of Garnishment (Doc. 98) and for ruling, or if necessary, issuance of a Report and Recommendation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 2, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services