# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:06-cr-22-Orl-22LRH**

**JASON E. MADOW**

## ORDER

This cause came on for consideration of the file. On November 17, 2020 and December 3, 2020, the Presiding District Judge issued Orders in this case. (Docs. 101, 104). The Clerk's office duly mailed copies of both Orders to Defendant Jason E. Madow, who is proceeding *pro se*. (*Id.*). Both Orders have now been returned as undeliverable, with no forwarding address. In the meantime, on December 3, 2020, Defendant filed a motion related to the pending garnishment proceedings. (Doc. 106). The address Defendant lists on his motion is the same address the Clerk's office mailed the prior Orders which were returned as undeliverable.

Accordingly, within ten (10) days from the date of this Order, Defendant shall file with the Court a notice stating his correct current address, and explaining why Defendant's December 3, 2020 motion should not be denied for failure to keep the Court advised of his current address.

**DONE** and **ORDERED** in Orlando, Florida on December 29, 2020.

*/s/ Leslie R. Hoffman*
**LESLIE R. HOFFMAN**
**UNITED STATES MAGISTRATE JUDGE**