UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                        **CASE NO: 6:06-cr-22-Orl-22LRH**

**JASON E. MADOW**

**DEFENDANT'S REPLY TO THE ORDER DATED DECMEBER 29TH, 2020**

**COMES NOW** the Plaintiff, appearing *pro se*, and respectfully offers the following in response to Your Honor's Order, and states the following in response:

1. The Defendant's address has not changed, and is still at 10695 Weir Way, Alpharetta GA 30022 for over 7 years.
2. The Defendant has included an absentee ballot that he has received over a week at the same address and continues to receive mail regularly at said address.
3. Defendant cannot offer any reason why the mail was returned.

**RELIEF REQUESTED**

1. Prays that the Motion for the Writ of Garnishments to be Quashed **GRANTED**
2. Prays that the Motion to Transfer Venue to the Northern District of Georgia **GRANTED**
3. Prays that the Motion for the Government to seek permission before the issuance of Subpoenas be **GRANTED**
4. For any other relief that the Court deem just and proper.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29th, 2020, I mailed via US Mail with the proper postage affixed the foregoing document with the US District Court. I also certify that the foregoing document is being served this day on all counsel of record via US Mail.

2

Respectfully submitted this the 29th day of December 2020.

_s/Jason Madow

Jason Madow, *pro se*
10695 Weir Way
Alpharetta, GA 30022