

FROM
BOARD OF REGISTRAR

**Fulton**
130 Peachtree St. SW, Suite 2186
Atlanta, Ga.
**30303-8400**

US POSTAGE
$000.65
First-Class
ZIP 30303
12/22/2020
034A 0081800596

## Official Absentee Ballot

JASON E MADOW
10695 WEIR WAY
JOHNS CREEK, GA 30022