UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:06-cr-22-Orl-22LRH

JASON E. MADOW

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney Julie A. Simonsen as government co-counsel for Assistant United States Attorney Jillian M. Jewell.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
Florida Bar No. 70647
Financial Litigation Unit
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone:  (813) 274-6065
Facsimile:  (813) 301-3103
E-Mail:  FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*s/ Julie A. Simonsen*
JULIE A. SIMONSEN
Assistant United States Attorney
