**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


**UNITED STATES OF AMERICA**

**VS.**                                        **CASE NO: 6:06-cr-22-Orl-22LRH**

**JASON E. MADOW**


**NOTICE OF APPEAL**

Notice is hereby given that Defendant Jason E. Madow pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's order dated April 20th, 2021 (Doc 114).


**CERTIFICATE OF SERVICE**

I hereby certify that on April 22nd, 2021 I mailed via US Mail with the proper postage affixed the foregoing document with the US District Court. I also certify that the foregoing document is being served this day on all counsel of record via US Mail.

Respectfully submitted this the 22nd day of April 2021.


_s/Jason Madow

Jason Madow, *pro se*
10695 Weir Way
Alpharetta, GA 30022