**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                    **CASE NO: 6:06-cr-22-ACC-LRH**

**JASON E. MADOW**

**ORDER**

This cause comes before the Court on Defendant Jason E. Madow's Motion to Take Judicial Notice (Doc. 117) filed on April 22, 2021. Defendant attaches a "Monthly Debtor" statement and the "Front Page of Financial Disclosure." (Doc. 117-1). The Government did not file a response and the case is currently on appeal (*See* Doc. 118).

Rule 201of the Federal Rules of Evidence allows a Court to take judicial notice of an adjudicative fact if "that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2). It is not appropriate at this juncture to take "judicial notice" of Defendant's "Debtor Statement" in the absence of a pending motion, particularly since the Eleventh Circuit Court of Appeals currently has jurisdiction over the merits of Defendant's appeal. (*See* Doc. 118).

Based on the foregoing, it is ordered as follows:

1.      Defendant Jason E. Madow's Motion to Take Judicial Notice (Doc. 117) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 11, 2021.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services