# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 26, 2021

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 21-11424-AA
Case Style: USA v. Jason Madow
District Court Docket No: 6:06-cr-00022-ACC-LRH-2

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA/lt
Phone #: (404) 335-6180

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11424-AA

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JASON MADOW,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: JILL PRYOR, LUCK, and BRASHER, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Jason Madow appeals from a magistrate judge's April 20, 2021 order granting the government's wage garnishment application and also denying Madow's motion to quash or stay writ of garnishment, motion to transfer, and several other post-judgment motions.  The magistrate judge's April 20, 2021 order is not final or otherwise immediately appealable because the district court had not yet adopted nor rendered it final at the time Madow filed the notice of appeal.  *See*

*Perez-Priego v. Alachua Cty. Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998); *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982). Thus, the district court had not been given an opportunity to effectively review the magistrate judge's order and we cannot hear appeals "directly from federal magistrates." *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009). Accordingly, we lack jurisdiction over this appeal.

All pending motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.