**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                                              **CASE NO: 6:06-cr-22-ACC-LRH**

**JASON E. MADOW**

_____

**ORDER**

This cause comes before the Court on review of the Eleventh Circuit's opinion and mandate entered on May 26, 2021 (Doc. 122) which dismissed *sua sponte* Defendant Madow's appeal for lack of jurisdiction. In the opinion, the Eleventh Circuit noted:

> Jason Madow appeals from a magistrate judge's April 20, 2021 order granting the government's wage garnishment application and also denying Madow's motion to quash or stay writ of garnishment, motion to transfer, and several other post-judgment motions. The magistrate judge's April 20, 2021 order is not final or otherwise immediately appealable because the district court had not yet adopted nor rendered it final at the time Madow filed the notice of appeal. *See Perez-Priego v. Alachua Cty. Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998); *Donovan v. Sarasota Concrete Co.*, 693 F.2d 1061, 1066-67 (11th Cir. 1982). Thus, the district court had not been given an opportunity to effectively review the magistrate judge's order and we cannot hear appeals "directly from federal magistrates." *See United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009). Accordingly, we lack jurisdiction over this appeal.

(Doc. 122). *See* 28 U.S.C. 636(b); *cf. Regions Bank v. Hyman*, 91 F. Supp. 3d 1234 (M.D. Fla. 2015) (reviewing magistrate judge's recommendation to dissolve post-judgment writs of garnishment in a civil case under Fed. R. Civ. P. 69), *aff'd sub nom. Regions Bank v. G3 Tampa, LLC,* 766 F. App'x 772 (11th Cir. 2019); *KHI Liquidation Trust v. Allied Aluminum, Inc.*, No. 8:18-mc-44-T-33CPT, 2018 WL 6624367 (M.D. Fla. Nov. 6, 2018) (adopting recommendation that final judgment of garnishment be granted in a civil case where no objections had been filed).

Based on the foregoing, it is ordered as follows:

1. Defendant Madow is **ORDERED** to file by July 6, 2021 any request to review the Magistrate Judge's April 20, 2021 Order (Doc. 114) granting the Government's Wage Garnishment Application (Doc. 96); Denying Madow's Motion To Quash Or Stay Writ Of Garnishment (Doc. 98); Claim for Exemptions and Request for Hearing or Transfer (Doc. 100); and Request to be Allowed to Pay the Arrears Over 26-month Period (Doc. 106). **Defendant's objections shall be limited to those issues addressed in the Magistrate Judge's April 20, 2021 Order.**

2. The Government is **ORDERED** to file a response within 14 days of Defendant's filing of objections.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 21, 2021.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services