**U.S. DEPARTMENT OF JUSTICE**
Florida-Middle
Park Tower Building
400 North Tampa St., Rm 3200
Tampa, FL 33602

Debtor Statement

For inquiries regarding debt call: 813-274-6038

| DATE OF STATEMENT | 05/31/2021 |
|---|---|
| ACCOUNT NUMBER | 2006A00379/001 |

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

JASON E. MADOW
10695 Weir Way
Alpharetta, GA 30022

| Payment Amount | Payment Application | | | | Current Balance Information | |
|---|---|---|---|---|---|---|
| | $100.00 | Payment Date | 05/14/2021 | | | |
| Debt Type | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | | Principal Balance | Interest Balance |
| Non-Federal Restitution | -$100.00 | $0.00 | 5.03% | | $34,733,635.38 | $26,105,798.94 |
| Federal Restitution | $0.00 | $0.00 | 0% | | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | 0% | | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0% | | $0.00 | $0.00 |
| Special Assessment | $0.00 | N/A | N/A | | $0.00 | N/A |
| Criminal Court Costs | $0.00 | N/A | N/A | | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | | $0.00 | N/A |
| Total Balance: | | | | | | $60,839,434.32 |

| Current Activity | | | | |
|---|---|---|---|---|
| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | | Date Payment Due |
| $0.00 | $100.00 | $100.00 | | 06/15/2021 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH. Personal checks are NOT accepted.

U.S. DEPARTMENT OF JUSTICE
Florida-Middle
Park Tower Building
400 North Tampa St., Rm 3200
Tampa, FL 33602

Debtor Statement

For inquiries regarding debt call: 813-274-6038

| DATE OF STATEMENT | 04/30/2021 |
|---|---|
| ACCOUNT NUMBER | 2006A00379/ |

Retain top portion for your records. This is your official receipt. This statement reflects the balances for this debt only. You may have additional outstanding debt. Federal Statute requires that a payment application is applied to principal first then interest. (18 U.S.C. Section 3612 (i))

JASON E. MADOW
10695 Weir Way
Alpharetta, GA  30022

| Payment Amount | Payment Application | | | Current Balance Information | |
|---|---|---|---|---|---|
| | $100.00 | Payment Date | 04/20/2021 | | |
| Debt Type | Payment Amount to Principal | Payment Amount to Interest | Interest Rate | Principal Balance | Interest Balance |
| Non-Federal Restitution | -$100.00 | $0.00 | 5.03% | $34,733,735.38 | $25,990,920.68 |
| Federal Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Fine | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Community Restitution | $0.00 | $0.00 | 0% | $0.00 | $0.00 |
| Special Assessment | $0.00 | N/A | N/A | $0.00 | N/A |
| Criminal Court Costs | $0.00 | N/A | N/A | $0.00 | N/A |
| Penalty | $0.00 | N/A | N/A | $0.00 | N/A |
| Total Balance: | | | | | $60,724,656.06 |

| Current Activity | | | |
|---|---|---|---|
| Overdue Amount | Next Payment Amount | PAY THIS AMOUNT | Date Payment Due |
| $0.00 | $100.00 | $100.00 | 05/15/2021 |

If this is an interest-bearing debt, additional interest accrues daily. For payoff information, please call the telephone line listed above.

MAKE YOUR PAYMENT PAYABLE TO CLERK, U.S. DISTRICT COURT. Include Court Number on your payment. DO NOT SEND CASH. Personal checks are NOT accepted.

# FINANCIAL DISCLOSURE STATEMENT
## TO BE COMPLETED BY INDIVIDUAL DEFENDANT

### A. GENERAL INSTRUCTIONS - READ CAREFULLY

The information requested in the following form is to be submitted concerning a current case in connection with an asset investigation. Prior to completing and submitting this form, you should discuss this matter and this form thoroughly with your own attorney.

The purpose of this form is to determine what assets you may have or are in control of. If you are married or have a live-in companion, you must list assets held by your spouse or companion, as well as yourself, and show whether each asset is owned individually or jointly. By completing and signing this financial disclosure statement, you acknowledge that the information provided will affect action by the United States Department of Justice and further understand that any false answers can lead to the termination or nullification of any plea agreement ultimately reached and/or prosecution for false statements as provided under Title 18, United States Code, Section 1001 (maximum prison sentence of five (5) years and/or a fine of not more than $250,000).

Each separate question must be answered completely. If the answer is "none" you must state "none." Do not leave any question unanswered. If there is insufficient space on the form, please attach additional sheets as necessary, and date and initial each additional page.

You must sign this page, date and initial each page, and sign page 15 and the accompanying Releases. Note the signature/initial line wherever the arrow → appears.

### B. ACKNOWLEDGMENT, IF REPRESENTED BY COUNSEL - Signature Required

I _____ am _____ am not (check one) represented by counsel in the collection of this debt. If I am represented by retained or appointed counsel, I acknowledge having reviewed the foregoing instructions with my counsel. My counsel's name is _____.

Date: _____    Name: _____
                          Last              First              Middle

→          Signature _____

---

Authority for the solicitation of the requested information includes one or more of the following: 5 U.S.C. § 301, 901 (see Note, Executive Order 6166, June 10, 1933); 28 U.S.C. § 501 -530A; 28 U.S.C. § 1651, 3201 -3206; 31 U.S.C. § 3701 -3731; 44 U.S.C. § 3101; 4 C.F.R. § 101 -101.8; 28 C.F.R. § 0.160, 0.171 and Appendix to Subpart Y; 18 U.S.C. § 3664(d)(3).

The principal purpose for gathering this information is to evaluate your ability to pay the government's claim or judgment against you. Routine uses of the information are established in the following U.S. Department of Justice Case File Systems published in Vol. 42 of the Federal Register, Justice/CIV-001 at page 5332; Justice/TAX-001 at page 15347; Justice/USA-005 at pages 53406-53407; Justice/USA-007 at pages 53408-53410; Justice/CRIM-016 at pages 12774. Disclosure of the information is voluntary. If the requested information is not furnished, the United States may seek disclosure through other means.