UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 6:06-cr-22-Orl-22DAB

JASON E. MADOW,

    Defendant,

and

HOMEOWNERS ADVANTAGE,

    Garnishee.

## WRIT OF WAGE GARNISHMENT

TO:  HomeOwners Advantage
Attn: Legal Department
817 W. Peachtree Street NW, Suite 310
Atlanta, GA 30308

A Wage Garnishment Application for property belonging to or due to Defendant Jason E. Madow was filed with this Court to enforce a judgment for the United States in this matter. As of November 10, 2020, the Mr. Madow's outstanding debt balance is $34,734,435.38, plus accruing interest.

Pending further order of this Court, you shall withhold and retain all property in which the Defendant has a substantial nonexempt interest, including but not limited to any nonexempt disposable earnings. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this Writ is

listed in the enclosed Clerk's Notice of Wage Garnishment. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id.*

You are required by law to file an Answer within 10 days of your receipt of this Writ advising the Court whether you hold substantial nonexempt property for the Defendant.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file the answer electronically. Otherwise, mail or deliver the original answer to the Clerk of Court, United States Courthouse, 401 West Central Boulevard, Orlando, FL 32801. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience.

A copy of your answer must also be served upon Jason E. Madow at the address provided herein, and upon AUSA Jillian M. Jewell at 400 North Tampa Street, Suite 3200, Tampa, FL 33602.

If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court. *See* 28 U.S.C. § 3205(c)(6). If you fail to answer or appear, and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award

a reasonable attorney's fee to the United States. *Id.*

This wage garnishment is a continuing Writ, and it will only terminate by:

 (A) a court order quashing this Writ;

 (B) exhaustion of property in the possession, custody, or control of the Garnishee in which the Defendant-Debtor has a substantial non-exempt interest (including non-exempt disposable earnings); or

 (C) satisfaction of the debt with respect to which this Writ is issued.

*See* 28 U.S.C. § 3205(c)(10).

Signed this 7th day of January 2022.

      ELIZABETH M. WARREN
      Clerk, United States District Court
      Middle District of Florida

    By: _R. Olsen_
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                                  Case No. 6:06-cr-22-Orl-22DAB

JASON E. MADOW,

      Defendant,

and

HOMEOWNERS ADVANTAGE,

      Garnishee.

## CLAIM FOR EXEMPTIONS AND REQUEST FOR HEARING OR TRANSFER

[ ] I request a hearing because:

    [ ] I think that the property is exempt under the following applicable exemption(s): _____

_____

_____

    [ ] I do not owe the money to the United States as it says I do.

    [ ] I request a transfer to the federal district where I reside in the _____

    _____ (district) of _____ (state).

[ ] I do not request a hearing in this matter.

I understand that this form will be a publicly filed document.

_____

Jason E. Madow (Signature)


_____

(Street Address)


_____

(City and State)


_____

(Date)

## CERTIFICATE OF SERVICE

I certify that on this _____ day of _____, 2020, I delivered or mailed the Claim for Exemptions and Request for Hearing or Transfer to the following:

    U.S. District Court Clerk
    401 West Central Boulevard
    Orlando, FL 32801

    U.S. Attorney's Office
    Attn: Jillian M. Jewell
    400 North Tampa Street, Suite 3200
    Tampa, FL 33602

_____
Jason E. Madow (Signature)