UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                          Case No. 6:06-cr-22-Orl-22DAB

JASON E. MADOW,

    Defendant,

and

HOMEOWNERS ADVANTAGE,

    Garnishee.

## CLERK'S NOTICE OF WAGE GARNISHMENT

You are notified that, pursuant to 28 U.S.C. § 3202, a wage garnishment was issued based upon the Judgment entered against you on May 19, 2006, in favor of the United States of America, for restitution in the amount of $34,744,511.00. As of November 10, 2020, you have been credited with $20,840.85 in payments, and you have an outstanding balance of $34,734,435.38, plus accruing interest.

In addition, you are notified that there are exemptions under the law that may protect some of the property the United States seeks to take, if you can show that one of the following exemptions apply:

1. Wearing apparel and school books. 26 U.S.C. § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects that do not exceed $9,690. 26 U.S.C. § 6334(a)(2) and (g).

3. Books and tools of a trade, business, or profession that do not exceed $4,850. 26 U.S.C. § 6334(a)(3) and (g).

4. Unemployment benefits. 26 U.S.C. § 6334(a)(4).

5. Undelivered mail. 26 U.S.C. § 6334(a)(5).

6. Certain annuity and pension payments—Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay. 26 U.S.C. § 6334(a)(6).

7. Workmen's compensation. 26 U.S.C. § 6334(a)(7).

8. Judgments for support of minor children, pursuant to a court judgment entered prior to the date of levy, to contribute to the support of defendant's minor children. 26 U.S.C. § 6334(a)(8).

9. Certain service-connected disability payments. 26 U.S.C. § 6334(a)(10).

10. Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(a)(12).

You have a right to ask the Court to return your property if you think that you do not owe the debt to the United States, or if you think that the property the United States seeks qualifies under one of the above exemptions.

If you want a hearing, you must notify the Court within 20 days after you receive this notice. Likewise, if you live outside the federal judicial district where this Court is located, you may request that this proceeding be transferred by this Court to the federal judicial district where you reside. Either request must be in writing. You may use the attached form to claim an exemption and to request a hearing or a transfer.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file your Claim for Exemption and Request for Hearing or Transfer Form

**Clerk's Notice of Exemptions and Hearing Request Form – Page 2**

electronically. Otherwise, mail or deliver the original form to the Clerk of Court, United States Courthouse, 401 West Central Boulevard, Orlando, FL 32801. *See* 28 U.S.C. § 3205(c). You must also mail a copy to AUSA Jillian M. Jewell at 400 North Tampa Street, Suite 3200, Tampa, FL 33602, so the United States will know that you either want a hearing or want the proceeding to be transferred.

If you request a hearing, the Court will issue an order advising you of the time, place, and date. At the hearing, you may explain to the judge why you believe the property the United States seeks is exempt or why you think you do not owe the debt to the United States. If you do not request a hearing, your property may be delivered to the United States and applied to the debt that you owe.

Be sure to keep a copy of this notice for your records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the United States District Clerk. The United States District Clerk is not permitted to give legal advice but can refer you to other sources of information.

                                              *Elizabeth M. Warren*
                                              ELIZABETH M. WARREN
                                              Clerk, United States District Court
                                              Middle District of Florida

By: _____
                   DEPUTY CLERK

Dated: 1/7/2022

Clerk's Notice of Exemptions and Hearing Request Form – Page 3