# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CASE NO: 6:06-cr-22-ACC-LRH**

**JASON E. MADOW**

## ORDER

This cause comes before the Court on review of Defendant Jason E. Madow's Notice of Appeal. In the Notice, Defendant states in the "Relief Requested" that he "1. Prays that the Motion for the Stay of Writ of Garnishments GRANTED [sic]." (Doc. 128). No motion for stay of the writ of garnishment is currently pending on the Court's docket.

If Defendant intends to seek such relief, he is required to file a separate motion. Pursuant to Local Rule 3.01, all requests for relief must be filed as a motion as described in Rule 3.01(a) with a certification of conference with opposing counsel as in 3.01(g).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 12, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record