2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: Tampa, FL                                                                                                                                           sga

January 14, 2022

JP Morgan Chase Bank, N.A.
Attn: Ronald Wilcox
270 Park Ave., 39th Floor
New York, New York 10017

Re:   *United States v. Jason E. Madow*
      Case No. 6:06-cr-22-Orl-22DAB

Dear Mr. Wilcox:

On May 19, 2006, the United States District Court, Middle District of Florida, entered a Judgment against Jason E. Madow in the amount of $34,744,511.00. We are writing to inform you that we are seeking a wage garnishment—filed on November 10, 2020—against Mr. Jason E. Madow. Our office sought this wage garnishment based on information regarding his employment, which constitutes a change in his financial circumstances.

Sincerely,

ROGER B. HANDBERG
United States Attorney

By: *Julie Simonsen*

JULIE A. SIMONSEN
Assistant United States Attorney
Financial Litigation Program

*Enclosures*