

FILED

2022 JAN 24 PM 2:56

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 6:06-cr-22-ACC-LRH

JASON E. MADOW,

    Defendant,

and

HOMEOWNERS ADVANTAGE,

    Garnishee.

## ANSWER OF GARNISHEE

I __Cheryl Beal_____, pursuant to 28 U.S.C. § 1746(b)(2), hereby certify the following:

I am __Human Resouce Generalist_____ [title] of the Garnishee, HomeOwners Advantage. On __1/18/2022____ [date], the Garnishee was served with the Writ of Garnishment issued in the above-captioned case.

The Garnishee has custody, control or possession of the following property in which the defendant maintains an interest, as described below:

1. Garnishee has contracted with or employed the Defendant from __3/4/2019__ to __7/6/2020__.

2. Judgment debtor's pay period is:

[__] weekly, [__] bi-weekly, [__] semi-monthly, [__] monthly, other:_____.

The current pay period began _____ and ends _____.

3. Enter amounts for the current pay period to calculate garnishment:

   (a) Gross Earnings[1]          $_____

   (b) Less deductions required by law:

   Federal Income Tax        $_____

   F.I.C.A.                  $_____

   State Income Tax          $_____

   City/Local Income Tax     $_____

   Total of tax withholdings $_____

   (c) Disposable Earnings $ (a) less total of (b)

   75% of Disposable Earnings $_____ (exempt pay to Defendant)

   (d) **Non-exempt disposable earnings required to be withheld is the lesser of:**

   25% of disposable earnings $_____ or

   Disposable earnings less $217.50 = $_____.[2] (c) less (30x $7.25)

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld. "Nonexempt disposable earnings" means 25 percent of disposable earnings. 28 U.S.C. §§ 3002(5)-(6) and (9).

[2] Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum subject to garnishment is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

Answer of Garnishee – Page 2

**DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER. NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER.**

4. Have there been previous garnishments in effect for the defendant, including but not limited to child support and alimony.

   ☐ NO.

   ☐ YES. Please explain, include case number, state, county:_____

   **N/A - NO LONGER AN EMPLOYEE OF HOMEOWNERS ADVANTAGE**

5. Garnishee has in its possession or under its control the following property other than earnings with the Defendant has an interest: **N/A**

6. Check the applicable line below if you deny that you hold property subject to this Writ of Garnishment.

   ☐ Garnishee makes the following claim of exemption on the part of defendant:

   **N/A - NO LONGER AN EMPLOYEE**

   ☐ Or, Garnishee has the following objections, defenses, or set-offs to the government's right to apply garnishee's indebtedness to the defendant

Answer of Garnishee – Page 3

upon the government's claim:_____

_____

_____

_____

[X] Garnishee has in no manner and upon no account been indebted or under liability to the defendant, and that the garnishee has not possessed or controlled any property belonging to the defendant.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS __18TH__ DAY OF __jANUARY, 2022__, 2019.

*Cheryl Beal*
_____
HOMEOWERS ADVANTAGE

Answer of Garnishee – Page 4