UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 6:06-cr-22-Orl-22DAB

JASON E. MADOW,

    Defendant,

    and

HOMEOWNERS ADVANTAGE,

    Garnishee.

## WRIT OF WAGE GARNISHMENT

TO:   HomeOwners Advantage
       Attn: Legal Department
       817 W. Peachtree Street NW, Suite 310
       Atlanta, GA 30308

A Wage Garnishment Application for property belonging to or due to Defendant Jason E. Madow was filed with this Court to enforce a judgment for the United States in this matter. As of November 10, 2020, the Mr. Madow's outstanding debt balance is $34,734,435.38, plus accruing interest.

Pending further order of this Court, you shall withhold and retain all property in which the Defendant has a substantial nonexempt interest, including but not limited to any nonexempt disposable earnings. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this Writ is

listed in the enclosed Clerk's Notice of Wage Garnishment. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id.*

You are required by law to file an Answer within 10 days of your receipt of this Writ advising the Court whether you hold substantial nonexempt property for the Defendant.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file the answer electronically. Otherwise, mail or deliver the original answer to the Clerk of Court, United States Courthouse, 401 West Central Boulevard, Orlando, FL 32801. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience.

A copy of your answer must also be served upon Jason E. Madow at the address provided herein, and upon AUSA Jillian M. Jewell at 400 North Tampa Street, Suite 3200, Tampa, FL 33602.

If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court. *See* 28 U.S.C. § 3205(c)(6). If you fail to answer or appear, and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award

a reasonable attorney's fee to the United States. *Id.*

This wage garnishment is a continuing Writ, and it will only terminate by:

    (A)    a court order quashing this Writ;

    (B)    exhaustion of property in the possession, custody, or control of the Garnishee in which the Defendant-Debtor has a substantial non-exempt interest (including non-exempt disposable earnings); or

    (C)    satisfaction of the debt with respect to which this Writ is issued.

*See* 28 U.S.C. § 3205(c)(10).

Signed this 7th day of JANUARY 2022.

                              ELIZABETH M. WARREN
                              Clerk, United States District Court
                              Middle District of Florida

By: _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 6:06-cr-22-Orl-22DAB

JASON E. MADOW,

    Defendant,

    and

HOMEOWNERS ADVANTAGE,

    Garnishee.

## CLERK'S NOTICE OF WAGE GARNISHMENT

You are notified that, pursuant to 28 U.S.C. § 3202, a wage garnishment was issued based upon the Judgment entered against you on May 19, 2006, in favor of the United States of America, for restitution in the amount of $34,744,511.00. As of November 10, 2020, you have been credited with $20,840.85 in payments, and you have an outstanding balance of $34,734,435.38, plus accruing interest.

In addition, you are notified that there are exemptions under the law that may protect some of the property the United States seeks to take, if you can show that one of the following exemptions apply:

1. Wearing apparel and school books. 26 U.S.C. § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects that do not exceed $9,690. 26 U.S.C. § 6334(a)(2) and (g).

3. Books and tools of a trade, business, or profession that do not exceed $4,850. 26 U.S.C. § 6334(a)(3) and (g).

4.  Unemployment benefits. 26 U.S.C. § 6334(a)(4).

5.  Undelivered mail. 26 U.S.C. § 6334(a)(5).

6.  Certain annuity and pension payments—Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay. 26 U.S.C. § 6334(a)(6).

7.  Workmen's compensation. 26 U.S.C. § 6334(a)(7).

8.  Judgments for support of minor children, pursuant to a court judgment entered prior to the date of levy, to contribute to the support of defendant's minor children. 26 U.S.C. § 6334(a)(8).

9.  Certain service-connected disability payments. 26 U.S.C. § 6334(a)(10).

10. Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(a)(12).

You have a right to ask the Court to return your property if you think that you do not owe the debt to the United States, or if you think that the property the United States seeks qualifies under one of the above exemptions.

If you want a hearing, you must notify the Court within 20 days after you receive this notice. Likewise, if you live outside the federal judicial district where this Court is located, you may request that this proceeding be transferred by this Court to the federal judicial district where you reside. Either request must be in writing. You may use the attached form to claim an exemption and to request a hearing or a transfer.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file your Claim for Exemption and Request for Hearing or Transfer Form

Clerk's Notice of Exemptions and Hearing Request Form – Page 2

electronically. Otherwise, mail or deliver the original form to the Clerk of Court, United States Courthouse, 401 West Central Boulevard, Orlando, FL 32801. *See* 28 U.S.C. § 3205(c). You must also mail a copy to AUSA Jillian M. Jewell at 400 North Tampa Street, Suite 3200, Tampa, FL 33602, so the United States will know that you either want a hearing or want the proceeding to be transferred.

If you request a hearing, the Court will issue an order advising you of the time, place, and date. At the hearing, you may explain to the judge why you believe the property the United States seeks is exempt or why you think you do not owe the debt to the United States. If you do not request a hearing, your property may be delivered to the United States and applied to the debt that you owe.

Be sure to keep a copy of this notice for your records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the United States District Clerk.

The United States District Clerk is not permitted to give legal advice but can refer you to other sources of information.

                                            *Elizabeth M. Warren*
                                            ELIZABETH M. WARREN
                                            Clerk, United States District Court
                                            Middle District of Florida

By:                                   *[signature]*
                                            DEPUTY CLERK

Dated: 1/7/2022

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                  Case No. 6:06-cr-22-Orl-22DAB

JASON E. MADOW,

    Defendant,

and

HOMEOWNERS ADVANTAGE,

    Garnishee.

## CLAIM FOR EXEMPTIONS AND REQUEST FOR HEARING OR TRANSFER

[ ] I request a hearing because:

    [ ] I think that the property is exempt under the following applicable exemption(s): _____

_____

_____

    [ ] I do not owe the money to the United States as it says I do.

    [ ] I request a transfer to the federal district where I reside in the _____ _____ (district) of _____ (state).

[ ] I do not request a hearing in this matter.

I understand that this form will be a publicly filed document.

_____

Jason E. Madow (Signature)

_____

(Street Address)

_____

(City and State)

_____

(Date)

## CERTIFICATE OF SERVICE

I certify that on this _____ day of _____, 2020, I delivered or mailed the Claim for Exemptions and Request for Hearing or Transfer to the following:

    U.S. District Court Clerk
    401 West Central Boulevard
    Orlando, FL 32801

    U.S. Attorney's Office
    Attn: Jillian M. Jewell
    400 North Tampa Street, Suite 3200
    Tampa, FL 33602

_____
Jason E. Madow (Signature)