UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 6:06-cr-22-Orl-22DAB

JASON E. MADOW,

     Defendant,

     and

HOMEOWNERS ADVANTAGE,

     Garnishee.

## UNITED STATES' MOTION TO
## <u>TERMINATE WRIT OF GARNISHMENT</u>

     The United States respectfully requests, pursuant to 28 U.S.C. § 3205 (c)(10), that this Court terminate the Writ of Garnishment directed to Homeowners Advantage (Doc. 126), and in support thereof, states as follows:

     1.     On January 6, 2022, this Court entered an Order authorizing a Writ of Garnishment to Homeowners Advantage, for the purpose of garnishing Madow's wages to pay his outstanding restitution. Doc. 125. The Clerk issued the writ directed to the Garnishee on January 7, 2022. Doc. 126.

     2.     The Garnishee answered the writ, and based on the Garnishee's Answer, Madow is no longer employed by Homeowners Advantage. Doc. 133.

Accordingly, because Madow is no longer employed by Homeowners Advantage, the Garnishee has no property in its possession now or in the future, and the writ or wage garnishment directed to Homeowners Advantage should be terminated.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    *s/ Julie A. Simonsen*
       JULIE A. SIMONSEN
       Assistant United States Attorney
       Florida Bar No. 70647
       Financial Litigation Program
       400 North Tampa Street, Suite 3200
       Tampa, FL 33602
       Telephone:   (813) 274-6038
       Facsimile:    (813) 274-6247
       E-Mail: FLUDocket.mailbox@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 26, 2022, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system, and I mailed the foregoing

document and notice of electronic filing by certified mail to the following non-

CM/ECF participants:

    Jason E. Madow
    Alpharetta, GA 30022

    HomeOwners Advantage
    Attn: Legal Department
    817 W. Peachtree Street NW, Suite 310
    Atlanta, GA 30308

    JP Morgan Chase Bank, N.A.
    Attn: Ronald Wilcox
    270 Park Ave., 39th Floor
    New York, New York 10017


                    *s/ Julie A. Simonsen*
                    Assistant United States Attorney