# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                          **CASE NO: 6:06-cr-22-ACC-LHP**

**JASON E. MADOW**

## ORDER

This cause comes before the Court on Defendant Jason E. Madow's pro se Motion for Stay of Writ of Garnishment (Doc. 131) and the Government's Motion to Terminate Writ of Garnishment (Doc. 134).

On January 2, 2022, the Court overruled Madow's Objections to Magistrate Judge Hoffman Price's Order granting the Wage Garnishment Application to Madow's employer. (Doc. 125). Madow, proceeding *pro se*, immediately appealed the Order, although it is a non-final and non-appealable order, as the Eleventh Circuit previously noted in dismissing his premature last appeal. (*See* Doc. 122; *see also* Doc. 116 at 2 (explaining that an order denying relief from a writ of garnishment is not appealable and non-final; "[T]ypically, there is no appellate jurisdiction until the district court enters an order directing the disposition of the property." (quoting *Stansell v. Revolutionary Armed Forces of Colombia*, 771 F.3d 713, 743, n. 25 (11th Cir. 2014)).

Until the Eleventh Circuit resolves Madow's appeal, jurisdiction over the matter lies with the appellate court. Therefore, this Court does not currently have jurisdiction to resolve the Government's Motion to Terminate the Writ of Garnishment, which would moot Madow's request for a stay of the writ of garnishment.

Based on the foregoing, it is ordered as follows:

1. The Government is ordered to notify the Eleventh Circuit within 14 days that the issue at the center of the dispute over the writ of garnishment is moot and that it seeks to terminate the writ.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record