UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 6:06-cr-22-ACC-LHP

JASON E. MADOW,

    Defendant.

**UNITED STATES' NOTICE OF COMPLIANCE WITH ORDER**

The United States notifies this Court that in accordance with its Order (Doc. 135), the United States notified the Eleventh Circuit Court of Appeals of the Garnishee's Answer stating that Madow is no longer employed by the Garnishee, thus rendering Madow's appeal pertaining to the writ of garnishment moot. *See* United States' Motion to Dismiss, attached as Exhibit A.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By:  *s/ Julie A. Simonsen*
    JULIE A. SIMONSEN
    Assistant United States Attorney
    Florida Bar No. 70647
    Financial Litigation Program
    400 North Tampa Street, Suite 3200
    Tampa, FL 33602
    Telephone:  (813) 274-6038
    Facsimile:  (813) 274-6247
    E-Mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and I mailed the foregoing document and notice of electronic filing by certified mail to the following non-CM/ECF participants:

>Jason E. Madow
>Alpharetta, GA 30022
>
>HomeOwners Advantage
>Attn: Legal Department
>817 W. Peachtree Street NW, Suite 310
>Atlanta, GA 30308
>
>JP Morgan Chase Bank, N.A.
>Attn: Ronald Wilcox
>270 Park Ave., 39th Floor
>New York, New York 10017

*s/ Julie A. Simonsen*
Assistant United States Attorney